UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA     §
§
VS.     §     MAGISTRATE ACTION NO. B-08-959
§
ARNOLDO CANO LOPEZ     §

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  Detention without bond is appropriate because there is a serious risk that the defendant will not appear for court as required.

The evidence against the defendant is substantial.  The defendant confessed to loading marihuana into his car.  The findings and conclusions contained in the Pretrial Services Report are adopted as the court's own.  The defendant has no status to live or work in the United States and faces deportation if convicted.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United

States or on request of an attorney for the Government, the person in charge of the

corrections facility shall deliver the defendant to the United States marshal for the

purpose of an appearance in connection with a court proceeding.

ORDERED this 4th day of September, 2008.

_____

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE